FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

2009 JUN 10 P 2:41

## SECOND AMENDED JUDGMENT IN A CRIMINAL CASE

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

(For Revocation of Probation or Supervised Release)

UNITED STATES OF AMERICA

CASE NUMBER: 3:00-cr-62-J-25HTS
USM NUMBER: 29077-018

V.

CARLOS CARTRELL BARTLEY

Defendant's Attorney: Ross Haine, Esq. (Cja)

## THE DEFENDANT

**X** Defendant admitted guilt to violation of Allegation number(s) **1-5** of the terms of supervision.

**X** Defendant is adjudicated guilty of these offenses:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New Criminal Conduct Occurring While on Supervision, in violation of the Standard Conditions of Release | April 23, 2008 |
| Two | New Criminal Conduct Occurring While on Supervision, in violation of the Standard Conditions of Release | April 29, 2008 |
| Three | Failure to notify ten days prior to any change in residence, in violation of the Special Conditions of Release | May 23, 2008 |
| Four | Failure to notify ten days prior to any change in employment, in violation of the Special Conditions of Release | May 23, 2008 |
| Five | Failure to participate in drug aftercare Treatment, in violation of the Special Conditions of Release | May 30, 2008 |

The defendant is sentenced as provided in pages 2 through **4** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Defendant: CARLOS CARTRELL BARTLEY  Judgment - Page 2 of 4
Case No.: 3:00-cr-62-J-25HTS

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: May 13, 2009

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE
DATE: June 10, 2009

| | | |
|---|---|---|
| Defendant: | CARLOS CARTRELL BARTLEY | Judgment - Page 3 of 4 |
| Case No.: | 3:00-cr-62-J-25HTS | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **twenty-four (24) months to run consecutive with sentence imposed in Case Number 3:08-cr-219-J-25MCR**

__X__ The Court makes the following recommendations to the Bureau of Prisons: Coleman, FPC.

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

    _____ at _____ a.m.  p.m.  on _____.

    _____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    _____ before p.m. on .

    _____ as notified by the United States Marshal.

    _____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

 

                                UNITED STATES MARSHAL

By _____
                     DEPUTY UNITED STATES MARSHAL

Defendant: CARLOS CARTRELL BARTLEY  Judgment - Page 4 of 4
Case No.: 3:00-cr-62-J-25HTS

## SUPERVISED RELEASE

Supervised Release as previously imposed in this case is hereby **revoked**

Defendant: CARLOS CARTRELL BARTLEY  Judgment - Page 4 of 4
Case No.: 3:00-cr-62-J-25HTS